1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (CTBN 301887)
4  Assistant United States Attorney
     9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California  94102
6    Telephone:   (415) 436-7063
     Fax:            (415) 436-6748
7
   Attorneys for the United States of America
8
                IN THE UNITED STATES DISTRICT COURT FOR THE
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12  UNITED STATES OF AMERICA and        )
    DENISE SALADO, Revenue Officer,      )   NO. C-09-1200-SI
                                          )
13            Petitioners,                )   GOVERNMENT'S MOTION TO
                                          )   DISMISS AMENDED VERIFIED
14       v.                               )   PETITION TO ENFORCE INTERNAL
                                          )   REVENUE SUMMONS AND
15  ILSARD BEGG,                          )   PROPOSED ORDER
                                          )
16            Respondent.                 )
    _____)
17
        1.      On May 11, 2009, the Court heard this matter and continued further proceedings
18
   to June 26, 2009 to permit the respondent an opportunity to comply with an Internal Revenue
19
   Service (IRS) summons and to permit the IRS an opportunity to determine respondent's
20
   compliance.
21
        2.      The IRS has resolved that the respondent has complied with its summons and
22
   accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(2), the government seeks
23
   dismissal of this matter and the vacating of any further hearing dates.
24
                                           Respectfully submitted,
25
                                           JOSEPH P. RUSSONIELLO
26                                         United States Attorney

   Date: June 10, 2009
27                                         /s/ Blake D. Stamm
                                           BLAKE D. STAMM
28  _____               Assistant United States Attorney
                                           Tax Division

1    **IT IS SO ORDERED.**

2

3    Dated: _____

4                                    THE HONORABLE SUSAN ILLSTON
                                     UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gov't Mot. To Dism. Amended Ver. Pet. To Enf.
IRS Sum. & Proposed Order (No. C-09-1200-SI)        2

**CERTIFICATE OF SERVICE**

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers.  The undersigned further certifies that I caused a copy of the following:

GOVERNMENT'S MOTION TO DISMISS AMENDED VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SUMMONS AND PROPOSED ORDER

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____  **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Ilsard Begg
2847 Montair Way
Union city, CA 94587

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on **June 10, 2009** at San Francisco, California.

_____ /s/ Kathy Tat
**KATHY TAT**
**Legal Assistant**